Case 2:23-cr-00224-GMN-MDC  Document 1  Filed 11/03/23  Page 1 of 12



# SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
DANIEL J. COWHIG
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
daniel.cowhig@usdoj.gov
*Attorneys for the United States of America*

FILED
NOV 03 2023
U.S. MAGISTRATE JUDGE
BY_____

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-MJ- 956 -VCF |
| Plaintiff, | CRIMINAL COMPLAINT |
| vs. | VIOLATIONS: |
| HAROLD WESLEY SNOWTEN IV, a.k.a. "Insane," | Count One: 18 U.S.C. § 922(o) – Illegal Possession of a Machine Gun |
| Defendant. | Count Two: 18 U.S.C. §§ 922(g)(1) and 924(a)(8) – Prohibited Person in Possession of a Firearm |
| | Count Three: 21 U.S.C. §§ 841(a)(1) and (b)(1)(B) – Possession of a Controlled Substance with Intent to Distribute (Methamphetamine) |

BEFORE the Honorable Cam Ferenbach, United States Magistrate Judge, Las Vegas, Nevada, the undersigned Complainant, being duly sworn, deposes and states:

/ / /

/ / /

/ / /

/ / /

1

## COUNT ONE
Illegal Possession of a Machine Gun
18 U.S.C. § 922(o)

On or about April 14, 2023, in the State and Federal District of Nevada,

HAROLD WESLEY SNOWTEN IV,
a.k.a. "Insane,"

the defendant herein, did knowingly possess a machine gun, that is: a machine gun conversion device used to modify a Glock semi-automatic firearm to fire as a fully automatic weapon, specifically a Glock model G29 10mm Auto pistol bearing serial number BWTW196, enabling said firearm to automatically shoot more than one shot, without manual reloading, by a single function of the trigger, all in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT TWO
Prohibited Person in Possession of a Firearm
18 U.S.C. §§ 922(g)(1) and 924(a)(8)

On or about April 14, 2023, in the State and Federal District of Nevada,

HAROLD WESLEY SNOWTEN IV,
a.k.a. "Insane,"

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that is: Unlawful Possession of Cocaine Base for Sale (HS 11351.5), in the Superior Court of California, County of San Diego, on or about August 24, 2013, in Case No. SCD251581, and; Felon in Possession of a Firearm (PC 29800(a)(1)), in the Superior Court of California, County of San Diego, on or about August 24, 2013, in Case No. SCD251581, knowingly possessed firearms, that is: a Glock model G29 10mm Auto pistol bearing serial number BWTW196; a Taurus Armas, S.A./Taurus USA model G2c 9x19mm semiautomatic pistol bearing serial number

ABL088621; a MasterPiece Arms model Defender 9x19mm semiautomatic pistol bearing serial number FX08488; a SCCY Industries model CPX-2 9x19mm semiautomatic pistol bearing serial number C126578; a Colt's Patent Manufacturing Company, Inc. model 4th Model Deringer .22 caliber Short derringer bearing serial number 13202DER, and; a Smith & Wesson model SD9 VE 9x19mm semiautomatic pistol bearing serial number HES7293, said possession being in and affecting interstate commerce and said firearm having been shipped and transported in interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

### COUNT THREE
Possession of a Controlled Substance with Intent to Distribute (Methamphetamine)
21 U.S.C. §§ 841(a)(1) and (b)(1)(B)

On or about April 14, 2023, in the State and Federal District of Nevada,

**HAROLD WESLEY SNOWTEN IV,**
a.k.a. "Insane,"

defendant herein, did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(viii).

### PROBABLE CAUSE AFFIDAVIT

1. Your Complainant, Christian Jackson, as a Las Vegas Metropolitan Police Department ("LVMPD") officer and a Task Force Officer (TFO) with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), states the following as and for probable cause:

2. Your Complainant is a Task Force Officer (TFO) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). Your Complainant has been employed as a

sworn Police Officer with the Las Vegas Metropolitan Police Department (LVMPD) for more than 22 years, from June 2001 through present. Your Affiant has assisted the ATF with the investigation and prosecution of firearms-related cases since February 2017 and was sworn in as an ATF TFO in July 2018.

3. Your Complainant has been involved in an investigation which is the subject of this Affidavit. Due to your Complainant's personal participation in this investigation and reports made to your Complainant by other ATF TFOs, ATF Agents and North Las Vegas Police Department ("NLVPD") officers and detectives, your Complainant is familiar with the facts and circumstances surrounding the investigation. Your Complainant's training and experience as a police officer and a TFO, including participation in this investigation, form the basis for opinions and conclusions set forth below. While your Complainant has participated in the below described investigation, your Complainant has not provided every fact known to him within this Complaint. Rather, your Complainant has included only those facts necessary to establish probable cause.

## FACTS ESTABLISHING PROBABLE CAUSE

4. An investigation by the ATF Las Vegas Field Office and the NLVPD has determined that on or about April 14, 2023, Harold Wesley Snowten IV, who uses the street moniker "Insane,"

    a. illegally possessed a machinegun, that is: a machine gun conversion device used to modify a Glock semi-automatic firearm to fire as a fully automatic weapon, specifically a Glock model G29 10mm Auto pistol bearing serial number BWTW196, enabling said firearm to automatically shoot more than one shot, without manual reloading, by a single function of the trigger;

b. knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly and illegally possessed six firearms, that is: a Glock model G29 10mm Auto pistol bearing serial number BWTW196; a Taurus Armas, S.A./Taurus USA model G2c 9x19mm semiautomatic pistol bearing serial number ABL088621; a MasterPiece Arms model Defender 9x19mm semiautomatic pistol bearing serial number FX08488; a SCCY Industries model CPX-2 9x19mm semiautomatic pistol bearing serial number C126578; a Colt's Patent Manufacturing Company, Inc. model 4th Model Deringer .22 caliber Short derringer bearing serial number 13202DER, and; a Smith & Wesson model SD9 VE 9x19mm semiautomatic pistol bearing serial number HES7293, and;

c. knowingly and intentionally possessed with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

5. In March 2023, North Las Vegas Police Department (NLVPD) officers received information that a man using the street moniker "Insane" was selling methamphetamine, cocaine and firearms out of Apartment 12E of the Emerald Estates, located at 3300 Civic Center Drive in North Las Vegas, Nevada. Officers were able to identify "Insane" as Harold Wesley Snowten IV, a person previously convicted in California of possession of controlled substances for sale, specifically cocaine, and of possession of a firearm after conviction of a felony, among other offenses. NLVPD officers intermittently watched the apartment. Over time, officers saw many different persons approach the apartment, enter, and leave in less than five minutes, a pattern consistent with sales of controlled substances. On one occasion, officers saw what appeared to be a hand-to-hand sale of controlled substances outside the apartment. After two controlled

buys of methamphetamine from the apartment and other investigative activities, NLVPD obtained a search warrant for Apartment 12E, 3300 Civic Center Drive in North Las Vegas, Nevada. Among other things, the warrant authorized the search for and seizure of controlled substances, paraphernalia, and firearms.

6. On April 14, 2023, NLVPD officers executed the search warrant on Apartment 12E, 3300 Civic Center Drive in North Las Vegas, Nevada. At the time of the execution of the warrant, officers found Snowten and two women inside the apartment.

7. Among other items, officers found six firearms, including a machine gun, multiple high-capacity magazines, more than 500 rounds of ammunition in various calibers, ballistic body armor, more than 50 gross grams of methamphetamine, more than 10 gross grams of a mixture containing apparent fentanyl, more than 6 gross grams of cocaine, and more than 1,500 gross grams of marijuana, 6 digital scales, large quantities of small baggies, and a stolen motorcycle in the apartment.

8. The firearms were:

   a. a Glock model G29 10mm Auto pistol bearing serial number BWTW196;

   b. a Taurus Armas, S.A./Taurus USA model G2c 9x19mm semiautomatic pistol bearing serial number ABL088621;

   c. a MasterPiece Arms model Defender 9x19mm semiautomatic pistol bearing serial number FX08488;

   d. a SCCY Industries model CPX-2 9x19mm semiautomatic pistol bearing serial number C126578;

   e. a Colt's Patent Manufacturing Company, Inc. model 4th Model Deringer .22 caliber Short derringer bearing serial number 13202DER, and;

    f.  a Smith & Wesson model SD9 VE 9x19mm semiautomatic pistol bearing serial number HES7293.

  9.  The Glock model G29 10mm Auto pistol bearing serial number BWTW196 had been modified with a "Glock switch," a machine gun conversion device. A machine gun conversion device causes a semiautomatic firearm to fire as a fully automatic weapon, that is, it converts a semiautomatic firearm into a machinegun, making the firearm automatically shoot more than one shot, without manual reloading, by a single function of the trigger.

  10.  Through my training and experience, I know that a Glock semiautomatic pistol modified with a machinegun conversion device is an extremely dangerous weapon. A Glock pistol modified with a machinegun conversion device fires at a rate of 1,200 rounds per minute, emptying a 15-round magazine in less than one second. Glock pistols, designed to fire single shots, are uncontrollable at such a high rate of fire, spraying rounds indiscriminately. The primary combat rifle of the United States' Armed Forces, the M-4 carbine, designed to be selectively fired as a machinegun, only fires at a rate of 700 to 900 rounds per minute. Glock pistols modified with machinegun conversion devices present an extreme danger to the public when possessed and used by persons engaged in criminal activity.

  11.  The Glock G29 10mm Auto machinegun had a loaded, 30-round high-capacity SGM Tactical-brand magazine seated in the magazine well. The Taurus G2c 9x19mm pistol had a loaded, 17-round high-capacity magazine seated in the magazine well. The MasterPiece Arms Defender 9x19mm pistol had a loaded, 30-round high-capacity magazine seated in the magazine well. The Smith & Wesson SD9 VE 9x19mm pistol had a loaded, 16-round high-capacity magazine seated in the magazine well. The

SCCY CPX-2 9x19mm pistol had a loaded, 32-round high-capacity ProMag-brand magazine fitting the CPX-2 nearby. Several other magazines, some loaded, were found with the firearms or elsewhere in the apartment.

12. On September 20, 2023, the Las Vegas Metropolitan Police Department (LVMPD) Forensic Lab completed a preliminary National Ballistic Information Network (NIBIN) comparison report regarding the firearms found in the apartment. The examination preliminarily matched the Glock G29 10mm Auto machinegun with four casings recovered in another NLVPD investigation. The examination also preliminarily matched the Taurus G2c 9x19mm pistol to a casing recovered in yet another NLVPD investigation.

13. In addition to the ammunition found in the firearms and various magazines, officers found more than 500 other rounds of ammunition in boxes, bags, or loose, including 2 rounds of .308 Winchester, 96 rounds of .223 Remington, 13 rounds of .44 Magnum, 86 rounds of .40 S&W, 154 rounds of 9x19mm, and 225 rounds of .22 caliber.

14. An ATF Firearms Enforcement Officer verified that each of the six firearms found in the apartment during the search was manufactured outside of the state of Nevada. In order for each of those firearms to be found in Apartment 12E, 3300 Civic Center Drive in North Las Vegas, Nevada, on April 14, 2023, each firearm had to be shipped or transported in interstate or international commerce before that date.

15. A review of Snowten's criminal history showed that he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, including:

   a. Unlawful Possession of Cocaine Base for Sale (HS 11351.5), in the Superior Court of California, County of San Diego, on or about August 24, 2013, in Case No. SCD251581, and;

   b. Felon in Possession of a Firearm (PC 29800(a)(1)), in the Superior Court of California, County of San Diego, on or about August 24, 2013, in Case No. SCD251581.

 16. The records of the above convictions show that Snowten was personally present at his sentencing and that he was advised on the record of the fact that he could no longer lawfully possess firearms as a result of those convictions. Further, Snowten's California conviction for felon in possession of a firearm unquestionably establishes that he knew that he had been convicted of crimes punishable by imprisonment for a term exceeding one year long before April 14, 2023.

 17. Officers found more than 50 gross grams of methamphetamine in more than one container inside the one-bedroom Apartment 12E of the Emerald Estates on April 14, 2023. The two larger portions of methamphetamine were found in a small freezer in the bedroom, occupied by Snowten and the two women at the time of the execution of the search warrant. Later laboratory testing confirmed officers' field identification of the methamphetamine. Based on your Complainant's knowledge, training and experience, 50 grams or more of methamphetamine is well beyond an ordinary user-quantity. That amount, more than 50 gross grams, is highly indicative of distribution.

 18. The methamphetamine, cocaine, presumed fentanyl and marijuana were located throughout the apartment. Officers found and seized four small digital scales of the type commonly used to portion out controlled substances for distribution to users, together with multiple groups of small, unused baggies of the type commonly used to contain portioned-out controlled substances for individual sale. Officers found one glass pipe of the type commonly used to smoke methamphetamine, with a substantial amount of residue. Officers found multiple smoking devices of the types commonly used to smoke

1 marijuana, some with residue. The controlled substances and firearms were intermingled throughout the small apartment, readily accessible.

19. On April 14, 2023, after placing Snowten in the rear of a marked patrol vehicle and informing him that he was under arrest for controlled substance offenses, an NLVPD officer read Snowten his *Miranda* rights. Snowten indicated he understood his rights and wished to waive those rights and speak with the officer. In a warned, recorded interview, Snowten told the officer that there were 2 or 3 firearms in the apartment. Snowten admitted that he had been selling methamphetamine from the apartment for about a year. Snowten told the officer that the guns and drugs in the apartment were his. Snowten identified the controlled substances in the apartment as methamphetamine, cocaine, fentanyl and marijuana, describing the major portions of each by appearance and location. Snowten told the officer he had bought the guns and drugs from "a Mexican guy." Snowten denied that the women had any substantial role in any of the criminal acts he discussed with the officer. None of the information officers had previously developed indicated that a woman or women were involved in the sale of controlled substances from the apartment. Both women denied involvement.

20. Apartment 12E of the Emerald Estates, located at 3300 Civic Center Drive in North Las Vegas, Nevada, is within the state and Federal District of Nevada.

21. Snowten was released on bond from state custody in the above offenses on April 17, 2023. Snowten then went into a warrant status, remaining at large until he was re-arrested by state authorities on or about October 9, 2023. Snowten is accused by complaint in the North Las Vegas Township Justice Court of having committed additional offenses while at large, between September 24 and October 9, 2023, including Discharging a Firearm at or into an Occupied Structure (NRS 202.285), Residential Burglary While in

Possession of a Deadly Weapon (NRS 205.060), Assault with a Deadly Weapon (NRS 200.471) and Robbery (NRS 200.380). Snowten is currently in state custody at the Clark County Detention Center.

## CONCLUSION

22. Based upon the information set forth in this application, your Complainant respectfully submits that there is probable cause to believe that Harold Wesley Snowten IV, a.k.a. "Insane," violated 18 U.S.C. §§ 922(o), Illegal Possession of a Machine Gun, 18 U.S.C. §§ 922(g)(1) and 924(a)(8), Prohibited Person in Possession of a Firearm, and 21 U.S.C. §§ 841(a)(1) and (b)(1)(B), Possession of a Controlled Substance with Intent to Distribute (Methamphetamine), on April 14, 2023, as described above.

Respectfully Submitted,

_____
Task Force Officer Christian Jackson
Bureau of Alcohol, Tobacco, Firearms
and Explosives

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on November 2, 2023.

_____
THE HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE