# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | 2:23-cr-00224-GMN-MDC |
| Plaintiff(s), | Order Setting Hearing |
| vs. | |
| Harold Wesley Snowten IV, | |
| Defendant(s). | |

IT IS ORDERED that the parties shall appear in-person at **9:00 a.m. on May 28, 2024 in Courtroom 3B** for a hearing on Harold Wesley Snowten IV's *Motion To Dismiss Counsel And Appointment Of New Counsel.* ECF No. 26.

Dated this 17th day of May 2024.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge