RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Nisha_Brooks-Whittington@fd.org@fd.org

Attorney for Harold Wesley Snowten IV

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HAROLD WESLEY SNOWTEN IV,<br><br>　　　　　Defendant. | Case No. 2:23-cr-0224-GMN-MDC<br><br>**UNOPPOSED MOTION TO CONDUCT A PRE-PLEA PRESENTENCE INVESTIGATION REPORT AND PROPOSED ORDER** |

　　　　Mr. Snowten, by and through his counsel of record, Nisha Brooks-Whittington, Assistant Federal Public Defender, hereby moves this Court for an order directing the United States Probation Office to prepare a pre-plea presentence investigation report to determine Mr. Snowten's criminal history. The government does not oppose this request.

　　　　Mr. Snowten is charged with illegal possession of a machine gun, prohibited person in possession of a firearm, and possession of a controlled substance with intent to distribute. ECF No. 17. The parties are attempting to negotiate this case and believe they may be able to resolve this case short of trial. In reviewing this case, the parties have had difficulty determining Mr. Snowten's criminal history category as his California convictions are hard to decipher and the parties are uncertain regarding the implications of Mr. Snowten's criminal history calculation on his potential sentencing guideline calculation. Mr. Snowten's criminal history

score will significantly impact his sentencing exposure, negotiations, and his decision regarding how to proceed in this matter. A pre-plea presentence investigation report will promote judicial economy and aid in the matter in which this case is ultimately resolved.

Undersigned counsel has spoken with AUSA Daniel Cowhig and he does not oppose this motion. As a result, undersigned counsel respectfully requests this Court to issue an order that the United States Probation Office conduct a pre-plea presentence investigation report as soon as possible.

DATED this 3rd day of March, 2025.

Respectfully submitted,

RENE L. VALLADARES
Federal Public Defender

By: */s/ Nisha Brooks-Whittington*

NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
Attorney for Harold Wesley Snowten IV

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HAROLD WESLEY SNOWTEN IV,<br><br>　　　　　Defendant. | Case No. 2:23-cr-0224-GMN-MDC<br><br>**ORDER** |

　　　IT IS HEREBY ORDERED that the United States Probation Office will prepare a Pre-Plea Presentence Investigation Report on Mr. Harold Wesley Snowten IV.

　　　Dated this the __4__ day of March, 2025.

_____
Gloria M. Navarro
UNITED STATES DISTRICT JUDGE

3