RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org

Attorney for Harold Wesley Snowten IV

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00224-GMN-MDC-1 |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (Second Request) |
| HAROLD WESLEY SNOWTEN IV, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, First Assistant United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Harold Wesley Snowten IV, that the Sentencing Hearing currently scheduled on December 3, 2025, at 9:00 a.m., be vacated and continued to a date and time convenient to the Court, preferably during the week of December 15, 2025.

The Stipulation is entered into for the following reasons:

1. Undersigned defense counsel will be in trial on another matter at the time of the currently scheduled sentencing hearing in this case. Counsel has represented Mr. Snowten since

May 28, 2024, *see* ECF No. 28, and for purposes of continuity of counsel, would like to continue to represent him through sentencing. For these reasons, a short continuance is requested.

    2.    The defendant is incarcerated and does not object to the continuance.

    3.    The parties agree to the continuance.

This is the second stipulation to continue sentencing filed herein.

DATED this 19th day of November 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>First Assistant United States Attorney |
| */s/ Nisha Brooks-Whittington*<br>By_____<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | */s/ Daniel J. Cowhig*<br>By_____<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00224-GMN-MDC-1 |
| Plaintiff, | **ORDER** |
| v. | |
| HAROLD WESLEY SNOWTEN IV, | |
| Defendant. | |

Based on the stipulation and good cause appearing:

IT IS ORDERED that the sentencing hearing currently scheduled for Wednesday, December 3, 2025, at 9:00 a.m., be vacated and continued to December 15, 2025 at the hour of 10:00 a.m.

DATED this  20  day of November 2025.

_____
UNITED STATES DISTRICT JUDGE